ACCEPTED
14-14-00470-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/5/2015 2:00:50 PM
CHRISTOPHER PRIN
CLERK

## No. 14-14-00470-CV

## IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS

RECEIVED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/5/2015 2:00:50 PM
CHRISTOPHER A. PRINE
Clerk

### *BOB BENNETT A/K/A/ ROBERT S. BENNETT*
### *APPELLANT*
### *V.*
### *COMMISSION FOR LAWYER DISCIPLINE*
### *APPELLEE*

## FROM THE 334TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY
## TRIAL COURT CAUSE NO. 2013-56866

### REQUEST OF AMICI CURIAE, ATTORNEY STEPHEN ESTES

I have been a practicing attorney in Houston, Harris County, Texas area since 1997. As President of the Law Offices of Stephen C. Estes, P.C., I have handed cases before many Courts in State and Federal actions for 15 years.

I first came into contact with Mr. Bob Bennett when I sought his advice on a difficult litigation. I was impressed by his professionalism and competence. Bob has always been an expert with the Texas Bar's ethics and he has given CLE presentations to the Houston Trial Lawyers Association, of which I am a member of the Board of Directors, on the proper and ethical manner of handling litigation in the State of Texas. Bob is recognized as an authority in ethics and trial work in

1

Texas. I know of no criticism of Bob Bennett's character, or legal conduct. I would further add that Bob is respected around the world and in the Houston community for his many civil and civic endeavors.

I am intimately familiar with the underlying case in this matter. I was an attorney of record on the appeal of the original arbitration award in the 125th District Court, in Harris County, Texas. I believed then and now, that the panel's decision was in error. The district Court disagreed with our analyses . Though I was not involved in further appeals, I think Mr. Bennett was within his right as a matter of law, to appeal the decision and was not unethical to do so, particularly if the rights of Mr. Land were protected by bond. When one takes an appeal, one must file a supersedeas bond to cover any amount owed. The client, in question, was never at any risk for money damages should the appeal have been unsuccessful.

I believe no consideration of any rule violation was made, until after an appeal was taken regarding the underlying fee dispute. This, after an arbitration panel found that Mr. Bennett earned a fee in the underlying matter and failed to find the contract void. A decision stripping an attorney of their license in this circumstance, will have a chilling effect on those attempting to appeal what they in good faith believe is in improper decision.

I do not believe Bob Bennett did anything wrong based on my experience as a practicing Texas Trial Lawyer and in the offices I have held with various bar associations. I request a reconsideration of his punishment. He should be acquitted and his license immediately reinstated.

Respectfully Submitted,

*/s/ Stephen C. Estes*

Stephen C. Estes
00798168
The Law Offices of Stephen C. Estes, P.C.,
1770 St. James Place, Suite 120
Houston, Texas 77056
Phone: (713) 688-5999
Fax: (713) 621-0999
Email: 1estes@scepc.com

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing brief is in compliance with Texas Rule of Appellate Procedure 9.4 because it contains less than 15,000 words and has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font and meets the typeface requirements.

*/s/ Stephen C. Estes*

Stephen C. Estes

# CERTIFICATE OF SERVICE

I certify that on January 28th, 2015 a true and correct copy of the forgoing was served on all parties of the above captioned case via efile.

/s/ Stephen C. Estes

Stephen C. Estes